Madhumilind N. POTDAR, Petitioner,

v.

Michael B. MUKASEY, Respondent.

No. 06–2441.

United States Court of Appeals,
Seventh Circuit.

June 26, 2008.

Mary L. Sfasciotti, Chicago, IL, for Petitioner.

Melissa Neiman–Kelting, Department of Justice, Civil Division, Immigration Litigation, Washington, DC, for Respondent.

Before KENNETH F. RIPPLE, Circuit judge, DANIEL A. MANION, Circuit judge MICHAEL S. KANNE, Circuit judge.

### ORDER

The petition for rehearing is granted limited to the issue of whether, in this case, this court has jurisdiction to review the BIA's order concerning the motion to reopen because this case falls within the exception to *Ali v. Gonzales,* 502 F.3d 659 (7th Cir.2007) set forth in *Subhan v. Ashcroft,* 383 F.3d 591 (7th Cir.2004).

The petitioner's brief shall be due on July 25, 2008.

The Government's brief shall be due on August 25, 2008. Petitioner's reply brief, if any, shall be due on September 4, 2008.

**IT IS SO ORDERED.**